AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  WRIGHT, SUSAN W | 2. Court or Organization  EASTERN DISTRICT OF ARKANSAS | 3. Date of Report  08/09/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U. S. DISTRICT JUDGE (Active) | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial ☒ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address  UNITED STATES DISTRICT COURT 600 W. CAPITOL AVE., SUITE 522 LITTLE ROCK, AR 72201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | ████Trust |
| 2. Trustee | ████Trust |
| 3. Trustee | ████estamentary Trust |
| 4. Trustee | ████Trust 1 |
| 5. Trustee | ████Trust 2 (See Note 1, Part VIII) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2006 AUG 10 A 10: 50 FINANCIAL DISCLOSURE OFFICE RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 08/09/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005 | West Publishing Company - Royalties |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 08/09/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 08/09/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wachovia Municipal Fund | A | Dividend | J | T | | | | | |
| 2. Wachovia Money Mkt Assets | A | Dividend | J | T | | | | | |
| 3. Keystone Precious Metals | A | Dividend | J | T | | | | | |
| 4. Wachovia Mny Mkt Assets (IRA) | | | | | Consolidated | 11/8 | L | A | See Note 2, Part VIII |
| 5. - Ishares Tr S&P Midcap Series | | | | | | | | | |
| 6. - Ishares TR Consumer Cyclical | | | | | | | | | |
| 7. TIAA/CREF-1 S403(b) | B | Interest | O | T | | | | | |
| 8. Regions Bank | A | Interest | J | T | | | | | |
| 9. Blackrock Advan Term Trust | A | Dividend | J | T | | | | | |
| 10. Child's Trust (WA-TR I) | B | Dividend | M | T | | | | | |
| 11. - US Bank | | Interest | | | | | | | |
| 12. - Chico's | | | | | | | | | |
| 13. - Dell Inc | | | | | | | | | |
| 14. - Gap Inc | | | | | | | | | |
| 15. - GM Corp | | | | | | | | | |
| 16. - Ishares Cohen & Steers Realty Majors Index Fnd | | | | | | | | | |
| 17. - GMAC | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 08/09/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Ishares Tr-Dow Jones US Indl Sector Index Fnd | | | | | | | | | |
| 19. - Ishares TR Consumer Cyclical | | | | | | | | | |
| 20. - Ishares Tr S&P Midcap | | | | | | | | | |
| 21. - Dillards Cap Tr | | | | | | | | | |
| 22. - Wachovia Money Funds | | | | | | | | | |
| 23. - Tenn Valley Auth | | | | | | | | | |
| 24. - AIM Select Real Estate | | | | | Buy | 1/28 | J | | |
| 25. | | | | | Sell | 2/10 | J | A | |
| 26. - Best Buy | | | | | Buy | 2/10 | J | | |
| 27. | | | | | Sell | 2/13 | J | A | |
| 28. - Van Kampen Senior Inc | | | | | Buy | 1/05 | J | | |
| 29. | | | | | Sell | 2/10 | J | A | |
| 30. Regions Bank (chkg) | A | Interest | J | T | | | | | |
| 31. Wachovia Mny Mkt Assets (WA II) | A | Interest | J | T | | | | | |
| 32. 1/2 int timber | | None | J | W | | | | | |
| 33. Severed non-producing min.int. | A | Royalty | J | W | | | | | |
| 34. Severed producing min. int. (now prducing) Lion Oil | A | Royalty | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 08/09/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Severed producing min. int. (now prdcing) Black Hills Energy | A | Royalty | K | W | | | | | |
| 36. 1/2 int. real estate, Lafayette Cnty AR | | None | K | W | | | | | |
| 37. TIAA/CREF-2 403(b) | A | Interest | N | T | | | | | |
| 38. Monsanto Common Stock | A | Dividend | K | T | | | | | |
| 39. Monsanto | D | Dividend | K | T | | | | | |
| 40. Fidelity Funds (Retirement) | | None | K | T | | | | | |
| 41. Jonesboro AR Res Hsg & Health Care Fac | A | Interest | J | T | | | | | |
| 42. Putnam Fnd for Gwth & Inc CLB -IRA | B | Dividend | K | T | | | | | |
| 43. Putnam Fnd for Gwth & Inc CLB - IRA | B | Dividend | J | T | | | | | |
| 44. Putnam Fnd for Gwth & Inc CLB | A | Dividend | J | T | | | | | |
| 45. First Star Bank, AR | A | Interest | J | T | | | | | |
| 46. Regions Bank | A | Interest | J | T | | | | | |
| 47. Severed non-producing Mineral Interest, Nevada Cnty AR | | None | J | W | | | | | |
| 48. Ing | B | Interest | K | T | | | | | |
| 49. ███████Trust (ST I) | A | Dividend | M | T | | | | | |
| 50. - Air Products & Chemicals Inc | | | | | | | | | |
| 51. - Bank of America Corp | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 08/09/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - General Electric Company | | | | | | | | | |
| 53. - The Coca-Cola Co | | | | | Sell | 2/20 | J | A | |
| 54. - Exxon Mobil Corp | | | | | | | | | |
| 55. - Glaxosmithline PLC - ADR | | | | | | | | | |
| 56. - Southern Company | | | | | | | | | |
| 57. - Allstate Corporation | | | | | | | | | |
| 58. - Anteon International Corp | | | | | Sell | 12/4 | J | A | |
| 59. - Dow Chemical Co | | | | | | | | | |
| 60. - Flir Systems Inc | | | | | | | | | |
| 61. - General Electric Co | | | | | | | | | |
| 62. - Liberty Property Trust | | | | | | | | | |
| 63. - McDonalds Corp | | | | | | | | | |
| 64. - Qualcomm Inc | | | | | Sell | 6/16 | J | A | |
| 65. - Target Corp | | | | | Sell | 9/19 | J | A | |
| 66. - Precision Castparts | | | | | Buy | 10/25 | J | | |
| 67. - Verisign Inc | | | | | Buy | 6/16 | J | | |
| 68. - Eli Lilly & Co | | | | | Buy | 6/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 08/09/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Proctor & Gamble Co | | | | | Buy | 2/2 | J | | |
| 70. T.D. Williamson, Inc C.S. (Ed.) | A | Dividend | K | T | | | | | |
| 71. Oppenheimer Main St. Fnd | A | Dividend | J | T | | | | | |
| 72. Putnam Fd. for Growth & Inc B | A | Dividend | J | T | | | | | |
| 73. Regions Bank Money Mkt acct | B | Interest | M | T | | | | | |
| 74. Steph. Select Dimensions Annuity | A | Dividend | L | T | | | | | |
| 75. Municipal Bonds (ST II) | A | Interest | M | T | | | | | |
| 76. - Brownsville TX Util Sys | | | | | Sell | 9/19 | J | A | |
| 77. - Little River AR Rev Bds (refnding Ga.-Pacific Corp) | | | | | | | | | |
| 78. - Hope Arkansas Water & Electric Rev R | | | | | | | | | |
| 79. - Conway Arkansas Wastewtr Rev | | | | | | | | | |
| 80. - Arkansas St Univ Rev Rfdg & Co | | | | | | | | | |
| 81. - Pulaski Cnty Arkansas Pub Facs | | | | | | | | | |
| 82. - Rogers Arkansas Sales & Use TA | | | | | Buy | 4/27 | J | | |
| 83. - University of Arkansas Brd Of | | | | | | | | | |
| 84. - Baxter Cnty AR Hosp Rev Ref | | | | | | | | | |
| 85. MoneyFund 1 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B 1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 08/09/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Putnam OTC Emerg Grwth T.Cl. B | A | Dividend | J | T | | | | | |
| 87. Fundamental Invester Inc | A | Dividend | J | T | | | | | |
| 88. Global Marine | A | Dividend | J | T | | | | | |
| 89. New Perspectives Fund Inc | A | Dividend | J | T | | | | | |
| 90. Oppenheimer Main St. Fund Inc. & Grw. F.Cl. B | A | Dividend | K | T | | | | | |
| 91. Putnam Fd. for Grwth & Inc Cl B | A | Dividend | K | T | | | | | |
| 92. Washington Mutual Investers | A | Dividend | J | T | | | | | |
| 93. Family Testamentary Trust | C | Dividend | M | T | | | | | |
| 94. - Balanced Growth Fund A (MS I) | | | | | Buy | 4/20 | J | | |
| 95. - Balanced Growth Fund B (MS I) | | | | | | | | | |
| 96. - Dividend Grwth Securities A (MS1) | | | | | Buy | 4/20 | J | | |
| 97. - Dividend Grwth Securities B (MS1) | | | | | Buy | 6/23 | K | | |
| 98. - Strategist Fund A (MS1) | | | | | Buy | 6/23 | J | | |
| 99. - Global Advantage Fd B (prev- Euro Grwth Fd B (MS1) | | | | | | | | | |
| 100. - Aggressive Equity Fd B (MS1) | | | | | Buy | 4/20 | J | | |
| 101. - Strategist Fund B (MS1) | | | | | Buy | 4/20 | K | | |
| 102. - MS(DW) Active Asset Money Fnd (MS1) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 08/09/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Amer Fnds Grwth (prev- Amer.Oppor Fd) - (ST III) | | | | | Partial Sell | 4/28 | J | A | |
| 104. -Amer Fnds Wash. (prev.Wash Mut Inv Fd (ST III) | | | | | | | | | |
| 105. - Van Kampen Aggressive Grwth Cl A (muni fnd) | | | | | Sell | 10/27 | J | A | |
| 106. - Money Fund 1 (ST III) | | | | | | | | | |
| 107. Family Trust 1 (ST IV-A) | B | Interest | M | T | | | | | |
| 108. - Aetna Inc | | | | | | | | | |
| 109. - Air Prods & Chemicals Inc | | | | | Sell | 11/15 | J | A | |
| 110. - Analog Devices Inc | | | | | Sell | 5/13 | J | A | |
| 111. - Avon Products Inc | | | | | Sell | 11/15 | J | A | |
| 112. - Baker-Hughes Inc | | | | | | | | | |
| 113. - Bank of America Corp | | | | | | | | | |
| 114. - Best Buy Inc | | | | | | | | | |
| 115. - CCE Spinco Inc | | | | | | | | | |
| 116. - Clear Channel Communications | | | | | | | | | |
| 117. - ConocoPhillips | | | | | | | | | |
| 118. - Danaher Corporation | | | | | | | | | |
| 119. - Dell Inc | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 08/09/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Ebay Inc | | | | | | | | | |
| 121. - EMC Corp | | | | | Buy | 5/16 | J | | |
| 122. - Entergy Corp | A | Interest | J | T | | | | | See Note 3, Part VIII |
| 123. - First Data Corporation | | | | | Sell | 5/13 | J | A | |
| 124. - Genentech Inc | | | | | | | | | |
| 125. - Guidant Corp | | | | | | | | | |
| 126. - Marvell Technology Group Ltd | | | | | Buy | 5/16 | J | | |
| 127. - Newmont Mining Corporation | | | | | | | | | |
| 128. - Sprint-Nextel Corp. (formerly Nextel Comm) | | | | | Sell | 8/17 | J | A | |
| 129. - Pepsico Incorporated | | | | | Buy | 11/21 | J | | |
| 130. - Praxair Inc | | | | | | | | | |
| 131. - Procter & Gamble Company | | | | | | | | | |
| 132. - St. Paul Travelers Companies Inc | | | | | | | | | |
| 133. - US Bancorp | | | | | | | | | |
| 134. - United Health Group Inc | | | | | | | | | |
| 135. - Royal Caribbean Cruises Ltd | | | | | | | | | |
| 136. Washington Mutual Inv Fd (IRA) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B I and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns CI and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 08/09/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Equity Inc. Fd. Sel. Ten '97 Ser. A (IRA) | A | Dividend | J | T | | | | | |
| 138. Fundamental Investor Inc (IRA) | A | Dividend | J | T | | | | | |
| 139. New Perspective Fd. Inc (IRA) | A | Dividend | J | T | | | | | |
| 140. Putnam Fd. for Grwth & Inc Cl B (IRA) | C | Dividend | J | T | | | | | |
| 141. Bristol-Myers Squibb | A | Dividend | J | T | | | | | |
| 142. Steph. Eq. Tr. Sel. 10 Ind | A | Dividend | J | T | | | | | |
| 143. Steph. Eq. Tr. Comp. Edge Best Ideas | A | Dividend | J | T | | | | | |
| 144. Steph. Div. Growth B | A | Dividend | J | T | | | | | |
| 145. Steph. Bal. Growth C | A | Dividend | L | T | | | | | |
| 146. John Hancock Fin. Ind. Fd. Cla | A | Dividend | J | T | | | | | |
| 147. Tarrant Cnty. TX Hlth. Facs Dev Corp | A | Dividend | J | T | | | | | |
| 148. ML PFD Cap. Trust III | A | Dividend | J | T | | | | | |
| 149. WA II (IRA) | D | Dividend | O | T | | | | | |
| 150. - Bank of America Corp | | | | | | | | | |
| 151. - Chicos Fas Inc | | | | | | | | | |
| 152. - Devon Energy Corp | | | | | Sell | 1/3 | J | B | |
| 153. - Dell Inc | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 08/09/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Home Depot Inc | | | | | | | | | |
| 155. - Ishares TR-Dow Jones US Basic Mat. Sec Index Fd | | | | | | | | | |
| 156. - Ishares Tr S&P Midcap Series | | | | | Sell | 2/10 | J | A | |
| 157. - Ishares TR Consumer Cyclical | | | | | Sell | 2/10 | J | A | |
| 158. - Lyondell Chemical Co | | | | | | | | | |
| 159. - Monsanto Co | | | | | | | | | |
| 160. - Oge Energy Corp | | | | | | | | | |
| 161. - Pepsico Incorporated | | | | | | | | | |
| 162. - Southwest Airlines Co. | | | | | | | | | |
| 163. - Wal-Mart Stores Inc | | | | | Sell | 4/18 | J | A | |
| 164. - Wells Fargo Company | | | | | | | | | |
| 165. - Dillards Cap Tr | | | | | | | | | |
| 166. - Equity Office Prop | | | | | | | | | |
| 167. - General Motors Corp | | | | | | | | | |
| 168. - GMAC | | | | | | | | | |
| 169. - Maytag Corp | | | | | | | | | |
| 170. - Merrill Lynch | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 08/09/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Natl Rurl Utls | | | | | | | | | |
| 172. - Northern States Pwr | | | | | | | | | |
| 173. - Public Storage | | | | | | | | | |
| 174. - Van Kampen Amer Cap Senior Income Tr | | | | | Sell | 2/4 | K | D | |
| 175. - Cohen & Steers Advntg | | | | | Buy | 4/30 | J | | See Note 4, Part VIII |
| 176. | | | | | Sell | 2/4 | J | C | |
| 177. - Floating Rate INCM Strat | | | | | Buy | 6/1 | K | | See Note 4, Part VIII |
| 178. | | | | | Sell | 2/4 | K | | |
| 179. - Ing Prime Rate TR | | | | | Buy | 4/28 | K | | See Note 4, Part VIII |
| 180. | | | | | Sell | 2/4 | K | D | |
| 181. - Evergreen Mngd Income Fd | | | | | Buy | 3/16 | K | | |
| 182. - Fannie Mae PFD | | | | | Buy | 3/16 | K | | |
| 183. - FT FIDUC Asset Mgmt Fd | | | | | Buy | 3/16 | K | | |
| 184. - Household Finance Corp Internotes | | | | | Buy | 2/8 | K | | See Note 4, Part VIII |
| 185. | | | | | Redemption | 2/15 | K | A | |
| 186. - World Monitor Trust II Series E Ltd Ptnrshp | | | | | Buy | 2/10 | L | | See Note 4, Part VIII |
| 187. - World Monitor Trust II Series F Ltd Ptnrshp | | | | | Buy | 2/10 | L | | See Note 4, Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 08/09/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Brokerage Acct (WA III) | | | | | | | | | |
| 189. - Wells Fargo Company | A | Dividend | J | T | | | | | |
| 190. - Wyeth | | | | | Sell | 3/16 | J | A | |
| 191. - Nuveen Municipal Value F | A | Interest | J | T | Buy | 2/17 | J | | See Note 4, Part VIII |
| 192. - Nuveen Insured Tax Free | A | Interest | J | T | Buy | 4/03 | J | | See Note 4, Part VIII |
| 193. - Dryden Natl Muni Fd Cl-A (X) | | | | | Sell | 2/20 | J | A | |
| 194. - Evergreen Intl Tr Prec Metals Fnd Cl A MF | A | Interest | J | T | Buy | 1/3 | J | | See Note 4, Part VIII |
| 195. - Tarrant Cnty Tex Health Facs Dev Corp Hlth Sys (muni) | A | Interest | J | T | | | | | |
| 196. - Wachovia Money Mrkt Funds | A | Interest | J | T | | | | | |
| 197. WA IV (IRA) | A | Dividend | J | T | | | | | |
| 198. - Eaton Vance Fl Rate Inc Tr | B | Interest | J | T | Buy | 6/24 | J | A | See Note 4, Part VIII |
| 199. - Oge Energy Corp | | | | | | | | | |
| 200. - Monsanto Co Inc New | | | | | | | | | |
| 201. - Natl Rurl Utls | | | | | | | | | |
| 202. - Nuveen Municipal Val Fnd Inc | | | | | Buy | 3/18 | J | | See Note 4, Part VIII |
| 203. WA- V (IRA) | E | Dividend | N | T | | | | | |
| 204. - AGCO Corp | | | | | Buy | 2/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 08/09/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - AON Corp | | | | | Buy | 2/14 | K | | |
| 206. | | | | | Sell | 10/6 | J | A | |
| 207. - Abbott Laboratories | | | | | Buy | 4/20 | J | | See Note 4, Part VIII |
| 208. | | | | | Sell | 2/10 | J | A | |
| 209. - Aceto Corp | | | | | Buy | 10/4 | J | | |
| 210. - Adaptec | | | | | Buy | 3/1 | J | | |
| 211. Albertson's Inc | | | | | Buy | 3/15 | J | | |
| 212. - Alcan Inc | | | | | Buy | 11/17 | J | | |
| 213. - Alexandria Real Estate Equities, Inc | | | | | | | | | |
| 214. - Alliant Energy Corp | | | | | Buy | 2/14 | J | | |
| 215. - Allied Was | | | | | Buy | 2/16 | J | | |
| 216. - Amb Ppty Corp | | | | | Buy | 5/25 | J | | |
| 217. - American Finl Realty Tr | | | | | | | | | |
| 218. - Amgen Inc | | | | | Buy | 7/27 | J | | |
| 219. -Amgen Inc | | | | | Sell | 10/10 | J | A | |
| 220. - Anglogold Ashanti Ltd | | | | | Buy | 2/14 | J | | |
| 221. - Aon Corp | | | | | Buy | 2/14 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000
(See Column C2)    Q =Appraisal    V =Other    S =Assessment    T =Cash Market
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 08/09/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - Apex Silver Mines Ltd | | | | | Buy | 2/14 | J | | |
| 223. - Aracruz Cellulose S A Adr | | | | | Buy | 2/15 | J | | |
| 224. - Archstone-Smith Tr | | | | | | | | | |
| 225. - Arden Realty Group Inc | | | | | Buy | 7/25 | J | | |
| 226. - Allergan Inc | | | | | Buy | 3/2 | J | | |
| 227. - Authentidate Holding | | | | | Buy | 2/28 | J | | |
| 228. - Avalon Bay Communities | | | | | Buy | 3/28 | J | | |
| 229. - Avaya Inc | | | | | Buy | 3/29 | J | | See Note 4, Part VIII |
| 230. | | | | | Sell | 2/10 | J | A | |
| 231. - AXA-ADR | | | | | Buy | 3/15 | J | | |
| 232. - Axcelis Technologies | | | | | Buy | 2/23 | J | | |
| 233. - BAE Systems Place | | | | | Buy | 3/29 | J | | |
| 234. - BASF AG Sponsored ADR | | | | | Buy | 2/15 | J | | |
| 235. - BHP Billiton Ltd | | | | | Buy | 2/15 | J | | |
| 236. - BRE Properties Inc | | | | | | | | | |
| 237. - Barrick Gold Corp | | | | | Buy | 2/14 | J | | |
| 238. - Bema Gold Corp | | | | | Buy | 2/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 08/09/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - Boston Properties Inc. | | | | | | | | | |
| 240. - Bowater Inc | | | | | Buy | 10/4 | J | | |
| 241. - Brandywine Realty Trust | | | | | | | | | |
| 242. - British American TOB PLC | | | | | Buy | 2/17 | J | | |
| 243. - Brookfield Asset Mgmt | | | | | Buy | 2/15 | J | | |
| 244. - Brookfield Properties | | | | | Buy | 4/8 | J | | |
| 245. - CBL & Assoc Pptys Inc | | | | | Buy | 9/14 | J | | |
| 246. - CDA Natural Res Ltd | | | | | Buy | 2/16 | J | | |
| 247. - CDW Corp | | | | | Buy | 3/2 | J | | |
| 248. - CNH Global NV | | | | | Buy | 4/15 | J | | |
| 249. - Cadbury Schweppes PLC | | | | | Buy | 3/22 | J | | |
| 250. - Camden Ppty Tr SBI | | | | | Buy | 2/14 | J | | |
| 251. - Canadian Natl Ry Co | | | | | Buy | 11/16 | J | | |
| 252. - Canadian Nat. Resources Ltd | | | | | Buy | 2/15 | J | | |
| 253. - Canadian Pacific Railway | | | | | Buy | 11/16 | | | |
| 254. - Carramerica Rlty Corp | | | | | | | | | |
| 255. - Carnival | | | | | Buy | 3/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 08/09/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - Catellus Development Corp | | | | | | | | | |
| 257. - Centerpoint Pptys Tr | | | | | | | | | |
| 258. - Central Freight Lines | | | | | Buy | 2/14 | J | | |
| 259. - Chesapeake Energy | | | | | Buy | 2/5 | J | | |
| 260. - Chicago Bridge & Iron | | | | | Buy | 2/15 | J | | |
| 261. - Colonial Properties TR | | | | | Buy | 5/31 | J | | |
| 262. - Companhia Vale Do Rio | | | | | Buy | 2/15 | J | | |
| 263. - Cooper Industries Ltd | | | | | Buy | 2/16 | J | | |
| 264. - Cooper Cameron Corp | | | | | Buy | 3/14 | J | | |
| 265. - Core Laboratories Inc | | | | | Buy | 2/15 | J | | |
| 266. - Crystallex Intl orp | | | | | Buy | 10/12 | J | | |
| 267. - Cypress Semiconductor Conv/Sub Notes | | | | | Buy | 3/9 | J | | |
| 268. - DTE Energy Co | | | | | Buy | 2/14 | J | | |
| 269. - Danaher Corp | | | | | Buy | 11/16 | J | | |
| 270. - Del Monte Foods Inc. | | | | | Buy | 2/14 | J | | |
| 271. - Developers Diversified Realty Corp | | | | | | | | | |
| 272. - Diamond Offshore Conv Debentures | | | | | Buy | 3/11 | J | | |

| 1. Income Gain Codes: (See Columns B 1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 08/09/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. - Dominion | | | | | Buy | 2/16 | J | | |
| 274. - Domtar Inc | | | | | Buy | 3/1 | J | | |
| 275. - Duke Realty Corp. | | | | | | | | | |
| 276. - Echostar Communications | | | | | Buy | 8/10 | J | | |
| 277. - Energias de Portugal ADR | | | | | Buy | 3/7 | J | | |
| 278. - Eldorado Gold Corp New | | | | | Buy | 2/14 | J | | |
| 279. - Encana Corp | | | | | Buy | 2/14 | J | | |
| 280. - Ensign Energy Services | | | | | Buy | 2/15 | J | | |
| 281. - Equity Office Properties | | | | | Buy | 11/1 | J | | |
| 282. - Equity Residential | | | | | | | | | |
| 283. - Essex Property Trust Inc | | | | | | | | | |
| 284. - Extra Space Storage Inc | | | | | | | | | |
| 285. - Fairmont Hotels & Resort Inc | | | | | Sell | 5/17 | J | B | |
| 286. - Falconbridge Ltd | | | | | Buy | 2/14 | J | | |
| 287. - Federal Rlty Invt Tr SBI | | | | | | | | | |
| 288. - Fisher Scie | | | | | Buy | 2/23 | J | | |
| 289. - Four Seas | | | | | Buy | 8/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 08/09/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. - Freeport-McMoran Copper | | | | | Buy | 3/2 | J | | |
| 291. - Gammon Lake Resources | | | | | Buy | 2/14 | J | | |
| 292. - Genworth Financial Pfd | | | | | Buy | 2/28 | J | | |
| 293. - Genzyme Corp | | | | | Buy | 3/9 | J | | |
| 294. - General Growth Reit Properties Inc | | | | | | | | | |
| 295. - Global Santafe Corp | | | | | Buy | 2/15 | J | | |
| 296. - Graftech Intl | | | | | Buy | 5/4 | J | | |
| 297. - Groupe Danone Spons ADR | | | | | Buy | 3/29 | J | | |
| 298. - Hartford Finl Svc Group | | | | | Buy | 5/25 | J | | |
| 299. - Health Care Reit Inc | | | | | Buy | 2/14 | J | | |
| 300. - Health Mgmt Assoc | | | | | Buy | 4/13 | J | | |
| 301. - Hilton | | | | | Buy | 3/2 | J | | |
| 302. - Hilton Hotels Corp | | | | | | | | | |
| 303. - Host Marriott Corp New | | | | | | | | | |
| 304. - Innkeepers USA Trust | | | | | Sold | 4/26 | J | A | |
| 305. - Ipsco Inc | | | | | Buy | 2/15 | J | | |
| 306. - Idacorp Inc | | | | | Buy | 2/25 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 08/09/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. - Ingersoll Rand Co Cl A | | | | | Buy | 2/25 | J | | |
| 308. - Intl Rectifier Corp | | | | | Buy | 2/14 | J | | |
| 309. - Interpublic Grp | | | | | Buy | 3/7 | J | | |
| 310. - Invitrogen Corp | | | | | Buy | 6/29 | J | | |
| 311. - KAO Corp-Spon ADR | | | | | Buy | 10/5 | J | | |
| 312. - KT Corp SP ADR | | | | | Buy | 2/14 | J | | |
| 313. - Kerr-McGee Corp | | | | | Buy | 4/15 | J | | |
| 314. - Kilroy Rlty Corp | | | | | Sold | 7/14 | J | A | |
| 315. - Korea Elec Pwr Corp ADR | | | | | Buy | 2/14 | J | | |
| 316. - Kroger Co Common | | | | | Buy | 3/15 | J | | |
| 317. - Kyocera Corp DR | | | | | Buy | 2/14 | J | | |
| 318. - Lamar | | | | | Buy | 3/28 | J | | |
| 319. - LaSalle Hotel Pptys | | | | | | | | | |
| 320. - Lehman Bros Hldg | | | | | Buy | 3/16 | J | | |
| 321. - Liberty Media Corp | | | | | Buy | 2/28 | J | | |
| 322. - Lihir Gold Ltd ADR | | | | | Buy | 2/14 | J | | |
| 323. - Lindsay Mfg Co | | | | | Buy | 3/24 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes:    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
   (See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 08/09/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. - Lonmin Plc-Spons ADR New | | | | | Buy | 2/14 | J | | |
| 325. - Lowes Comp Var | | | | | Buy | 3/7 | J | | |
| 326. - LSI Logic Cor | | | | | Buy | 3/9 | J | | |
| 327. - Lucent Technologies Inc | | | | | Buy | 4/11 | J | | |
| 328. - MFA Mortgage Investments | | | | | Buy | 2/14 | J | | |
| 329. - Macerich Co | | | | | | | | | |
| 330. - Manulife Finl Corp | | | | | Buy | 11/17 | J | | |
| 331. - Maxtor Corp | | | | | Buy | 2/14 | J | | |
| 332. - Marshall & Ilsley Pfd | | | | | Buy | 4/11 | J | | |
| 333. - Metlife Inc Pfd | | | | | Buy | 6/16 | J | | |
| 334. - NRG Energy Inc | | | | | Buy | 10/12 | J | | |
| 335. - Nabors Industries Ltd | | | | | Buy | 2/15 | J | | |
| 336. - Navios Maritime Hldgs | | | | | Buy | 12/6 | J | | |
| 337. - Nestle's | | | | | Buy | 3/15 | J | | |
| 338. - Nexen Inc | | | | | Buy | 2/14 | J | | |
| 339. - Noble Corp | | | | | Buy | 2/15 | J | | |
| 340. - Novartis AG | | | | | Buy | 11/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 08/09/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. - Omnicare Capital Tr II | | | | | Buy | 3/14 | J | | |
| 342. - Orezone Resources Inc | | | | | Buy | 2/14 | J | | |
| 343. - Osi Sys Inc | | | | | Buy | 3/3 | J | | |
| 344. - PNM Resources Pfd | | | | | Buy | 5/26 | J | | |
| 345. - PS Business Pks Inc | | | | | Buy | 12/12 | J | | |
| 346. - Pan Pac Retail Pptys Inc | | | | | Sell | 9/7 | J | A | |
| 347. - Partnerre Ltd | | | | | Buy | 3/22 | J | | |
| 348. - Placer Dome Inc | | | | | Buy | 4/28 | J | | |
| 349. - Plum Creek Timber Co Inc | | | | | Sell | 5/4 | J | A | |
| 350. - Post Properties Inc | | | | | Buy | 6/9 | J | | |
| 351. - Potash Corp of Saskatchewan Inc | | | | | Buy | 2/15 | J | | |
| 352. - Prentiss Properties Trust | | | | | Buy | 7/19 | J | | |
| 353. - Progress Energy Inc | | | | | Buy | 3/11 | J | | |
| 354. - Prologis Trust New | | | | | | | | | |
| 355. - Public Storage Inc | | | | | | | | | |
| 356. - Puget Energy Inc | | | | | Buy | 3/14 | J | | |
| 357. - Precision Drilling Trust | | | | | Buy | 2/15 | J | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less         K =$15,001 - $50,000       L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000     O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes          P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000   T =Cash Market
   (See Column C2)              Q =Appraisal               S =Assessment
                                U =Book Value              V =Other

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 08/09/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. - Reckson Associates Rlty | | | | | Buy | 4/11 | J | | |
| 359. - Regency Centers Corp | | | | | | | | | |
| 360. - Rio Narcea Gold Mines | | | | | Buy | 8/15 | J | | |
| 361. - Rio Tinto PLC | | | | | Buy | 2/15 | J | | |
| 362. - Roper In | | | | | Buy | 2/14 | J | | |
| 363. - RWE Agktiengesellschaft | | | | | Buy | 2/15 | J | | |
| 364. - Schering-Plough | | | | | Buy | 2/14 | J | | |
| 365. - Schlumberger Ltd | | | | | Buy | 2/15 | J | | |
| 366. - Sensient technologies | | | | | Buy | 10/11 | J | | |
| 367. - Shaw Group Inc | | | | | Buy | 8/10 | J | | |
| 368. - Shurgard Storage Ctrs | | | | | Sell | 2/3 | J | A | |
| 369. - Simon Ppty Grp Inc New | | | | | | | | | |
| 370. - SL Green Rlty Corp | | | | | | | | | |
| 371. - Starwood Hotels & Resorts Worldwide Inc | | | | | | | | | |
| 372. - Suncor Energy Inc | | | | | Buy | 2/15 | J | | |
| 373. - Talisman Energy Inc | | | | | Buy | 2/15 | J | | |
| 374. - Technical Data Corp | | | | | Buy | 8/31 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes:    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes:    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
   (See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 08/09/2006 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. - Technip-SA-ADR | | | | | Buy | 2/15 | J | | |
| 376. | | | | | Sell | 12/30 | J | A | |
| 377. - Teck Cominco Ltd Cl B | | | | | Buy | 12/21 | J | | |
| 378. - Tenaris SA ADR | | | | | Buy | 2/15 | | | |
| 379. - Teva Pharmaceutical | | | | | Buy | 11/9 | J | | |
| 380. - TJX Companies | | | | | Buy | 2/25 | J | | |
| 381. - TNT NV-ADR | | | | | Buy | 9/27 | J | | |
| 382. - The Mills Corporation | | | | | | | | | |
| 383. - The Mosaic Company | | | | | Buy | 4/25 | J | | |
| 384. - Transocean Inc | | | | | Buy | 2/15 | J | | |
| 385. - Travelers | | | | | Buy | 2/28 | J | | |
| 386. - Trican Well Service | | | | | Buy | 2/15 | J | | |
| 387. - Triquint | | | | | Buy | 3/7 | J | | |
| 388. - Trizec Properties Inc | | | | | | | | | |
| 389. - Tyco Companies Inc | | | | | Buy | 2/25 | J | | |
| 390. - Tyson Foods Inc | | | | | Buy | 2/14 | J | | |
| 391. - UBS AG-REG | | | | | Buy | 2/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 08/09/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. - U-Store-It Trust | | | | | Buy | 7/26 | J | | |
| 393. - Union Pacific Corp | | | | | Buy | 2/14 | J | . | |
| 394. - United Dominion Rlty Tr Inc | | | | | | ‹ | | | |
| 395. - Ventas Inc | | | | | | | | | |
| 396. - Vishay Intertechnology | . | | | | Buy | 3/14 | J | | |
| 397. - Vornado Realty Tr | | | | | | | | | |
| 398. - Walt Disney | | | | | Buy | 2/23 | J | | |
| 399. - Weatherford Intl Ltd | | | | | Buy | 2/15 | J | | |
| 400. - WebMD Corp | | | | | Buy | 8/18 | J | | |
| 401. - Wyeth | | | | | Buy | 11/9 | J | | |
| 402. - Yara Intl ASA | | | | | Buy | 2/15 | J | | |
| 403. WA VI (IRA) | B | Dividend | L | T | | | | | |
| 404. - Ishares Tr S&P Midcap 400 Index Fd. | | | | | | | | | |
| 405. - Ishares Tr S&P 500 Index Fd. | | | | | | | | | |
| 406. - Merrill Lynch Pfd Cap | | | | | | | | | |
| 407. ▓▓▓Trust 2 (ST IV-B) | | | | | Sell | 4/25 | M | D | |
| 408. - Chevron Texaco Corporation | | | | | Sell | 4/25 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 08/09/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. - Citigroup | | | | | Sell | 4/25 | J | A | |
| 410. - General Electric Co. | | | | | Sell | 4/25 | J | A | |
| 411. - Conoco Phillips | | | | | Sell | 4/25 | J | A | |
| 412. - Cisco | | | | | Sell | 4/25 | J | A | |
| 413. - Hewlett Packard | | | | | Sell | 4/25 | J | A | |
| 414. - Johnson & Johnson | | | | | Buy | 4/14 | J | | |
| 415. | | | | | Sell | 4/25 | J | A | |
| 416. - Procter & Gamble | | | | | Sell | 4/25 | J | A | |
| 417. - Lowe's Cos. Inc. | | | | | Sell | 4/13 | J | A | |
| 418. - CVS | | | | | Sell | 4/25 | J | A | |
| 419. - JP Morgan | | | | | Sell | 4/25 | J | A | |
| 420. - Aflac, Inc. | | | | | Sell | 4/25 | J | A | |
| 421. - Abbott Laboratories Inc. | | | | | Sell | 4/25 | J | A | |
| 422. - Amgen Inc. | | | | | Sell | 4/25 | J | A | |
| 423. - Bank of New York Company Inc. | | | | | Sell | 2/08 | J | A | |
| 424. - Best Buy Inc | | | | | Sell | 4/25 | J | A | |
| 425. - Cigna Corporation | | | | | Sell | 4/25 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 08/09/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. - Eastman Kodak Company | | | | | Sell | 4/25 | J | A | |
| 427. - Echostar Comm Corp A | | | | | Sell | 4/25 | J | A | |
| 428. - Fiserv Inc | | | | | Sell | 4/25 | J | A | |
| 429. - Forest Labs Incorporated | | | | | Sell | 4/13 | J | A | |
| 430. - Goldman Sachs Group Inc | | | | | Sell | 4/25 | J | A | |
| 431. - IBM Inc | | | | | Sell | 4/13 | J | A | |
| 432. - Lexmark Intl | | | | | Sell | 4/25 | J | A | |
| 433. - McDonald's Corp | | | | | Sell | 4/25 | J | A | |
| 434. - Morgan Stanley | | | | | Sell | 4/25 | J | A | |
| 435. - Motorola Inc | | | | | Sell | 4/25 | J | A | |
| 436. - Quest Diagnostics Inc. | | | | | Sell | 4/25 | J | A | |
| 437. - Southwest Airlines | | | | | Sell | 4/25 | J | A | |
| 438. - Time Warner Inc | | | | | Sell | 4/25 | J | A | |
| 439. - US Bancorp | | | | | Sell | 4/25 | J | A | |
| 440. - Amgen Inc | | | | | Buy | 3/17 | J | | |
| 441. | | | | | Sell | 4/25 | J | B | |
| 442. - B J Services Co | | | | | Buy | 4/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 08/09/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Sell | 4/25 | J | A | |
| 444. - Baxter Int Inc | | | | | Buy | 4/13 | J | | |
| 445. | | | | | Sell | 4/25 | J | C | |
| 446. - Bellsouth Corp | | | | | Buy | 4/19 | J | | |
| 447. | | | | | Sell | 4/15 | J | B | |
| 448. - Charles Schwab Corp | | | | | Buy | 2/11 | J | | |
| 449. | | | | | Sell | 4/25 | J | A | |
| 450. - Corning Inc | | | | | Buy | 3/15 | J | | |
| 451. | | | | | Sell | 4/25 | J | A | |
| 452. - Intel Corp | | | | | Buy | 1/14 | J | | |
| 453. | | | | | Sell | 4/25 | J | A | |
| 454. - Laboratory Corp of Am | | | | | Buy | 3/15 | J | | |
| 455. | | | | | Sell | 4/25 | J | B | |
| 456. - Lexmark Intl | | | | | Buy | 3/8 | J | | |
| 457. | | | | | Sell | 4/25 | J | A | |
| 458. - Microsoft Corp | | | | | buy | 2/8 | J | | |
| 459. | | | | | Sell | 4/25 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 08/09/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. - Morgan Stanley | | | | | Buy | 4/6 | J | | |
| 461. | | | | | Sell | 4/25 | J | A | |
| 462. - SBC Comm Inc | | | | | Buy | 4/19 | J | | |
| 463. | | | | | Sell | 4/25 | J | A | |
| 464. -CMD Bk Dep Swp | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 08/09/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Note 1: Part I, Line 5 -- Previously shown as ▮▮▮▮▮▮ Educational Trust

Note 2: Part VII, Line 4 -- This account consolidated with account on Line 150 in '04 and erroneously not indicated on previous report.

Note 3: Part VII, Line 123 -- This holding erroneously omitted from previous report.

Note 4: Part VII, Lines 175, 177, 179, 184, 186, 187, 191, 192, 194, 198, 202, 207, 229 -- These holdings bought in '04 erroneously omitted from previous report.

Note 5: CY 2004 Report, Part VII, Lines 7 and 9 -- These accounts were erroneously included in prior reports. They are held by beneficiary of a trust, and not by me. They have been deleted from the CY 2005 report.

Note 6: CY 2004 Report, Part VII, Line 139 -- This holding does not exist in this account; erroneously included. Deleted from CY 2005 report.

Note 7: CY 2004 Report, Part VII, Line 304 -- This account is erroneous duplication of the account on Line 138 (CY 2004), and has been deleted from the CY 2005 report. The holdings shown on CY 2004 Report, Lines 305-312 were erroneously shown as sold in '04. These holdings were sold in '03 and erroneously not reported.

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W | 08/09/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▮▮▮▮▮▮▮▮▮▮▮▮ Date August 9, 2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544